# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMIE LYN KNIGHTEN, AIS 183509, | : | |
| Plaintiff, | : | |
| vs. | : | CA 12-0717-WS-C |
| ERNEST STANTON, et al., | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 21, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 31st day of March, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**